# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 8, 2025

## NO. 03-24-00729-CV

**Pointe San Marcos Partners, LP, Appellant**

**v.**

**EMRES II Texas, LLC, Appellee**

## APPEAL FROM THE 428TH DISTRICT COURT OF HAYS COUNTY
## BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
## DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE CRUMP

This is an appeal from the order granting 417 N Comanche Street, LLC's renewed motion to dissolve temporary injunction signed by the trial court on October 15, 2024. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.